An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIENNE ANDERSON; AND JESSE ANDERSON,
Appellants,
vs.
ROBIN MCGAHUEY; CONNIE BISBEE; AND TONY CORDA,
Respondents.

No. 63456

**FILED**

AUG 0 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal docketed in this court on June 24, 2013, without payment of the requisite filing fee. On that same day, a notice was issued directing appellants to pay the filing fee within 10 days. The notice further advised that failure to pay the filing fee within the 10 days would result in the dismissal of this appeal. To date, appellants have not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lima_

cc: Hon. James Todd Russell, District Judge
Adrienne Anderson
Jesse Anderson
Attorney General/Dep't of Public Safety/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-22788